AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona



SEALED

|  |  |
|---|---|
| In the Matter of the Search of<br>6836 North 33rd Drive, Phoenix, Arizona 85017. | Case No.   26-9072 MB<br><br>**(Filed Under Seal)** |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

### As further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### As set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 3/26/2026 _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3/12/2026 @ 11:22pm      *EswWillett*
_____
*Judge's signature*

City and state: <u>Phoenix, Arizona</u>      <u>Honorable Eileen S. Willett, U.S. Magistrate Judge</u>
*Printed name and title*

## ATTACHMENT A

*Property to be searched.*

The entire property and curtilage located at 6836 North 33rd Drive, Phoenix, AZ 85017 (hereinafter the "**Subject Premises**"), further described as a single-family residential home located on the north end of the cul-de-sac located at the intersection of West Flynn Lane and North 33rd Drive. The structure is a single-story home that is made of brick with a white attached garage on the east side of the residence. The **Subject Premises** has white posts along the front of the residence and a gray roof. The front door of the **Subject Premises** is white and faces south. Black numbers reading "6836" are affixed in a vertical orientation on one of the white posts at the front of the **Subject Premises**.



23

## ATTACHMENT B

### *Property to be seized*

1.      Books, records, receipts, notes, ledgers, invoices, and any other documentation related to smuggling transactions and activities including, but not limited to, documentary records and ledgers, customer lists, financial statements, real estate documents, and other evidence of financial transactions relating to obtaining, transferring, secreting or spending various sums of money made from engaging in alien smuggling activities;

2.      Maps reflecting smuggling routes, foreign fuel receipts, receipts reflecting travel to and from foreign countries, receipts pertaining to the purchase and registration of vehicles, receipts for modifications and repairs done to vehicle, and receipts for the purchase of portable radios, cellular phones, pagers, and firearms;

3.      Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services including, but not limited to, MoneyGram, Moneypak, Green Dot, and Vanilla Reload, check or money order purchase receipts, account statements – both foreign and domestic, and any other records reflecting the receipt, deposit, or transfer of money;

4.      United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

5.      Vehicle rental agreements and receipts, storage facility rental agreements, records of mail services, airline ticket receipts, bus ticket receipts, credit card receipt, hotel receipts, travel agency vouchers, long distance telephone call records, and any other items reflecting domestic and foreign travel;

24

6. Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

7. Indicia of occupancy, residency, rental, ownership, or use of the **Subject Premises** and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

8. Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, smuggled aliens, real and personal property, firearms, or controlled substances;

9. Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition;

10. Records evidencing ownership or use of cellular telephones, including sales receipts, pre-paid minute cards, registration records, and records for payment for internet access;

11. Any illegal controlled substances;

12. Books, records, receipts, notes, ledgers, invoices, and any other documentation related to the manufacture, importation, transportation, ordering, purchase, sale, or distribution of controlled substances;

13. Drug ledgers, drug customer lists, drug inventory lists, weights and prices, dealer lists, criminal associates lists, or any notes containing the individual names of such persons, telephone numbers or addresses of these customers or dealers, and any records of accounts receivable, money paid or received, drugs supplied or received, cash received, or to be paid for controlled substances, or intended to be paid for controlled substances;

14. Paraphernalia related to the importation, transportation, use, or distribution of controlled substances or proceeds from the sale of controlled substances, including materials commonly used for the clandestine shipment thereof, including but not limited to, scales, bottles, mixing bowls, spoons, grinders, cutting agents, cutting boards, baggies, knives/razors, plastic wrap/cellophane, tape, seals, boxes, packaging materials, scent masking agents, shipping labels, and storage containers;

15. Computers, cellular telephones, tablets, and other media storage devices, such as thumb drives, CD-ROMs, DVDs, Blu Ray disks, memory cards, and SIM cards (hereafter referred to collectively as "electronic storage media");

16. Records evidencing ownership or use of electronic storage media, including sales receipts, registration records, and records of payment;

17. Any records and information found within the digital contents of any electronic storage media seized from the **Subject Premises**, including:

    a. all information related to the sale, purchase, receipt, shipping, importation, transportation, transfer, possession, or use of drugs, drug packaging, and weapons;

    b. all information related to buyers or sources of drugs or weapons (including names, addresses, telephone numbers, locations, or any other identifying information);

    c. all bank records, checks, credit card bills, account information, or other financial records;

    d. all information regarding the receipt, transfer, possession, transportation, or use of drug or firearm proceeds;

    e. any information recording schedule or travel;

    f. evidence of who used, owned, or controlled the electronic storage media at the time the things described in this warrant were created, edited, or deleted,

26

such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, correspondence, and phonebooks;

g.  evidence indicating how and when the electronic storage media were accessed or used to determine the chronological context of electronic storage media access, use, and events relating to crime under investigation and to the electronic storage media user;

h.  evidence of the attachment to an electronic storage medium of another storage device or similar container for electronic evidence;

i.  evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the electronic storage media;

j.  evidence of the times the electronic storage media were used;

k.  passwords, encryption keys, and other access devices that may be necessary to access the electronic storage media;

l.  documentation and manuals that may be necessary to access the electronic storage media or to conduct a forensic examination of the electronic storage media;

m.  records of or information about Internet Protocol addresses used by the electronic storage media;

n.  records of or information about the electronic storage media's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any internet search engine, and records of user-typed web addresses;

o.  contextual information necessary to understand the evidence described in this attachment.

27

18.    A 2007 black Hyundai Santa Fe, bearing Arizona License plate: RMA1N1, VIN: 5NMSH13E37H026469, and all electronic storage media contained within the vehicle;

19.    A red 2010 Chevrolet Traverse, VIN: 1GNLVFED7AJ249461, and all electronic storage media contained within the vehicle; and

20.    A 2008 GMC Acadia bearing Arizona license plate: 9WA3V4, VIN: 1GKER13728J144234, and all electronic storage media within the vehicle.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, motion pictures, or photocopies). This shall include records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the computer, electronic device, or other storage medium.

28

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | | |
|---|---|---|
| **Return** | | |
| Case No.<br>26-9072 MB | Date and time warrant executed:<br>March 13, 2026 at 11:55 am. | Copy of warrant and inventory left with:<br>At residence |

Inventory made in the presence of :
BPA-I Christopher Smith and SA Nate Foster

Inventory of the property taken and name of any person(s) seized:

**Property Seized:**

(8) .45 caliber ammo

(1) Motorola radio

(6) (2) radios and (4) batteries

(1) ledger

(1) bag miscellaneous documents

(10 Cell phone (iPhone).

**Subjects Arrested: (10)**

1. Jose Alberto HERNANDEZ BAUTISTA

2. Pedro MEDINA FELIX

3. Abel GOMEZ LEON

4. Alexa Adahir

5. Armando CABRERA PENALOZA

6. Cesar Jaciel CORONEL CRUZ

7. Elder RAMIREZ Bautista

8. Marcos GONZALEZ HERNANDEZ

9. Edgar Ivan MARTINEZ CONDE

10. Cristopher GARCIA LOPEZ

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 16, 2026

CHRISTOPHER M SMITH
Digitally signed by CHRISTOPHER M SMITH
Date: 2026.03.16 10:29:48 -07'00'

*Executing officer's signature*

Christopher Smith BPA-I

*Printed name and title*